AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| Valentin MARTINEZ aka Valentin Rivera aka V aka Vale | CASE NUMBER: 04-1685-CBS |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Valentin MARTINEZ aka Valentin Rivera aka V aka Vale__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of Title __21__ United States Code, Section(s) __846__

Name of Issuing Officer: Charles B. Swartwood
Title of Issuing Officer: U.S. MAGISTRATE JUDGE
Signature of Issuing Officer
Date and Location: 02-26-2004   BOSTON, MASSACHUSETTS

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __USMS Worcester, MA__

| DATE RECEIVED  5-3-04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  5-1-04 | S/A Jean Drouin (DEA) | /s/ JD |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Valentin MARTINEZ

ALIAS: aka Valentin Rivera aka V aka Vale

LAST KNOWN RESIDENCE: 108 JOHNSON STREET, LYNN, MA

LAST KNOWN EMPLOYMENT: 

PLACE OF BIRTH: 

DATE OF BIRTH (4 digit year): 00-00-1969

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 3904

HEIGHT:                                                                    WEIGHT:

SEX:   M                                                                   RACE:

HAIR:                                                                      EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: