AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

──────────── District of ────────────

CLERK'S OFFICE

2004 MAY -7 P 4: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

## APPEARANCE

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   *Valentin Martinez*

I certify that I am admitted to practice in this court.

*Kindly Continue*

| | |
|---|---|
| 5-7-04 | Ronald Ian Segal |
| Date | Signature |
| | Ronald Ian Segal |
| | Print Name / Bar Number |
| | 23 Central Ave |
| | Address |
| | Lynn / MA |
| | City / State / Zip Code |
| | 781 599 2800 |
| | Phone Number / Fax Number |