UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                     )
         v.         )
                     ) Criminal No. M-04-1685-CBS
VALENTIN MARTINEZ, and    )
KELVIN MADERA,          )
                     )
      Defendants.     )

**JOINT MOTION TO CONTINUE PROBABLE CAUSE AND DETENTION
HEARING UNTIL FRIDAY JULY 2, 2004**

Now comes the United States of America (the "government"), and hereby moves this Honorable Court to continue the probable cause and detention hearing of defendants Valentin Martinez and Kelvin Madera from June 23, 2004 to July 2, 2004, as counsel for defendants will be unable to appear, as scheduled, on June 23, 2004 due to an illness to a family member of Attorney Judge (Madera) and an unexpected judicial commitment of Attorney Segal (Martinez).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


/s/ Robert L. Peabody
**ROBERT L. PEABODY**
Assistant U.S. Attorney
(617)748-3240

**Dated:** June 21, 2004