UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**         )
                                     )
           v.                        )
                                     ) Criminal No. M-04-1685-CBS
**VALENTIN MARTINEZ, and**           )
**KELVIN MADERA,**                   )
                                     )
           Defendants.               )

*ASSENTED TO* MOTION TO CONTINUE PROBABLE CAUSE AND DETENTION
HEARINGS FOR DEFENDANTS UNTIL THURSDAY JULY 15, 2004

Now comes the United States of America (the "government"), and hereby moves this Honorable Court to continue the probable cause and detention hearing of defendants Valentin Martinez and Kelvin Madera from July 2, 2004 to July 15, 2004, as counsel for the government cannot appear before the Court, as scheduled, on July 2, 2004 due to a schedule conflict.

Government counsel has discussed same with Attorney Segal (Martinez) and Attorney Judge (Madera) and they have graciously <u>assented</u> to the government's motion to continue these matters for probable cause and detention until July 15, 2004 at 2:30 p.m. in Worcester, MA.

                                   Respectfully submitted,

                                   **MICHAEL J. SULLIVAN**
                                   United States Attorney


                                   /s/ Robert L. Peabody
                                   **ROBERT L. PEABODY**
                                   Assistant U.S. Attorney
                                   (617)748-3240

**Dated:** June 30, 2004