AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MA

| UNITED STATES | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| V. MARTINEZ AND KELVIN MADERA | Case Number: 04-1685-CBS |

| PRESIDING JUDGE<br>SWARTWOOD | PLAINTIFF'S ATTORNEY<br>Peabody | DEFENDANT'S ATTORNEY<br>Segal, Judge |
|---|---|---|
| TRIAL DATE (S)<br>7/15/2004 | COURT REPORTER<br>2:53 P | COURTROOM DEPUTY<br>Bachrach |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | 7/15/2004 | | | DEA Special Agent Jean Drouin |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 7/15/04 | X | X | Complaint & Affidavit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages